

# In the Missouri Court of Appeals
# Eastern District

JULY 15, 2014


THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).


1.      ED100149    STATE OF MISSOURI, RES V BILL R. MARLIN, APP

2.      ED100301 STATE OF MISSOURI, RES V TRAVON JONES, APP

3.      ED100307 IN THE INTEREST OF:  E.G.

4.      ED100506 TRIUMPH PHARM., RES V. SUSANNE COHEN, APP

5.      ED100676 CASSIE SHUPE, APP V SIF, RES